THE PEOPLES TRUST COMPANY and JOHN W. DICKSON, as Executors, etc., of WILLIAM DICKSON, Deceased, Respondents, v. JENNIE DICKSON, Appellant.—

---

* Verdict was for $500 in an action to recover for loss of services of infant son.— [REP.

Judgment unanimously affirmed, without costs. We approve the opinion of Mr. Justice Faber in this litigation in deciding the sufficiency of the complaint, which opinion in large measure disposes of the questions here involved. (*Peoples Trust Co.* v. *Dickson*, 126 Misc. 580.) Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.